[No. 36347-6-I.    Division One.    June 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVIE L. NEWTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-07313-5, Marsha J. Pechman, J., entered March 14, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36388-3-I.    Division One.    June 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVAAR FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 94-8-00137-6, Joan H. McPherson, J., entered August 24, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35913-4-I.    Division One.    June 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMETRIUS MINTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-07429-8, Mary Wicks Brucker, J., entered January 6, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 34945-7-I.    Division One.    July 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MERCEDES MOTA ORNELAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-03705-4, Patricia H. Aitken, J., entered June 28, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Cox, JJ.